BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HENRY, | Case No.: 2:14-cv-2633 JAM EFB |
| Petitioner, | **Joint Stipulation and Order re: Dismissal** |
| v. | |
| ERIC H. HOLDER, Jr., et al., | |
| Respondents. | |

Pursuant to Fed. R. Civ P. 41(a)(2), the parties hereby stipulate to voluntary dismissal of this action, each side to bear its own costs of litigation. Petitioner Christopher Henry received a bond hearing from the Immigration Judge on January 29, 2015. The Immigration Judge denied bond, deeming Henry a flight risk. Pursuant to *Casas–Castrillon v. DHS*, 535 F.3d 942 (9th Cir.2008), Henry has received the bond hearing to which he was entitled, and his habeas corpus petition is now moot.

1

Dated: February 7, 2015						Respectfully submitted,

								BENJAMIN B. WAGNER
								United States Attorney

								/s/ Audrey B. Hemesath
								AUDREY B. HEMESATH
								Assistant U.S. Attorney


DATED: February 7, 2015						Respectfully submitted,

								/s/ Terry Dean Stark
								TERRY DEAN STARK
								Attorney for the Petitioner

## ORDER

It is so ordered.

DATED:  2/9/2015						/s/ John A. Mendez_____

								UNITED STATES DISTRICT JUDGE